# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 498 WAL 2018 |
|---|---|---|
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JAQUAN WATSON, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**. The Application for Leave to File No Merit Response Letter Nunc Pro Tunc is **DENIED**.